## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| SUZANNE MARIE SCHMITT, | NO. 09-23090 |
| DEBTOR | JUDGE: Black (Joliet) |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, through its counsel Fisher and Shapiro, LLC states that as of March 14, 2011 the post-petition sums due and collectable are as follows:

10/2010 – 03/2011 monthly payments at $996.83 each = $ 5,980.98

TOTAL = $ 5,980.98

Respectfully submitted,

 /s/ Michael J. Kalkowski
Attorney for BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-025010

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**